IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RUDY P MUNOZ,<br>Plaintiff, | Docket No. 18-CV-13-J |
| v. | |
| CHARLENE A. HAILEY-WRIGHT, Mother;<br>WILLIAM K. STRUEMKE, Attorney for Mother;<br>JUDGE G. FENN, District Judge;<br>MARK W. GIFFORD, Bar Counsel;<br>STATE OF WYOMING; et al.<br>Defendants. | |

## DEFENDANT STRUEMKE'S ANSWER

**COMES NOW** Defendant William K. Struemke, acting Pro Se, and hereby files this Answer and Counter Claim against the Plaintiff Rudy Munoz in the above captioned matter.

In support of said ANSWER, defendant Struemke presents the following:

While it is hard to be sure what is actually alleged against defendant Struemke, due to the disjointed nature of the complaint; it is believed that the only allegations as located in the complaint is:

1. "Count I. Defendants are denying Plaintiff, Rudy P. Munoz, Equal Protection Clause and the Due Process Clause secured by the United States Constitution amendment 14 and the Wyoming Constitution, Article 1, §§2,3,6; Article 6 §1."

To this one specified claim, Defendant Struemke enters an answer of: DENY.

To all other non specific claims that may be alleged and found within the compliant as levied against defendant Struemke; defendant Struemke enters an answer of: DENY.

That the nature of the claim against defendant Struemke is frivolous on its face. Incorporated herein by reference is defendant Struemke Motion to dismiss and Supporting Memorandum.

That defendant Struemke has expended over 2 hours in defending this action to date at $190 per hour.

**Defendant Struemke hereby requests** that this Court deny the Plaintiffs claim against him and award Plaintiff Struemke the cost of defending this matter plus any and all other relief as this Court sees fit.

Dated this Sunday, June 3, 2018

                                              Respectfully Submitted,

                                              William K. Struemke, Wyo. Bar #7-4619
                                              **PRO SE**
                                              Serviam Legal Services
                                              1302 Beck Avenue, Ste. D
                                              Cody, WY 82414
                                              Phone 307.250.4192
                                              wstruemke@serviamlegal.com

## CERTIFICATE OF SERVICE

The undersigned does certify that a true and correct copy of the foregoing was correctly addressed and served in the following manner on this Sunday, June 3, 2018.

| | |
|---|---|
| Rudy P. Muñoz, *pro se*<br>P.O. Box 2224<br>938 19th Street, Lower Ave., Space 48<br>Cody, Wyoming 82414-2224 | Mail |
| Wyoming Attorney General's Office<br>Philip M. Donoho<br>2320 Capitol Avenue<br>Cheyenne, Wyoming 82002<br>307.777.7862<br>307.777.8920 Fax | Mail<br>Fax<br>Email |
| Anna Reeves Olson<br>Park Street Law Office<br>242 So. Park Street<br>Casper, Wyoming 82601<br>307.265.3843<br>307.235.0243 Fax | Mail<br>Fax<br>Email |

_____
William K. Struemke

Serviam Legal Services, LLC
1302 Beck Avenue, Ste. D
Cody, WY 82414

Wyoming District Court
Joseph C. O'Mahoney Federal Building
2120 Capitol Ave
Room 2141
Cheyenne WY 82001